IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

2011 JAN 31   AM 10: 28

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

COPSYNC, INC., RUSSELL CHANEY, and
JASON S. RAPP,
                    **Plaintiffs,**

-vs-                                               Case No. A-09-CA-871-SS

TIMOTHY T. PAGE, et al.,
                    **Defendants.**

---

## ORDER OF DISMISSAL

BE IT REMEMBERED on this the   there was presented to the Court the Stipulation of Dismissal Without Prejudice [#41] filed by the plaintiffs in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Dismissal Without Prejudice is GRANTED in all respects and this lawsuit is hereby DISMISSED without prejudice;

IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the 27th day of January 2011.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

871 dismissal.tb.wpd